IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cv-3897 |
| Plaintiff, | |
| | JUDGE MORRISON |
| v. | Magistrate Judge Deavers |
| EIGHTY-THREE THOUSAND THIRTY-FIVE AND 00/100 DOLLARS ($83,035.00) IN UNITED STATES CURRENCY, | |
| Defendant. | |

## OPINION AND ORDER

This matter is before the Court on the United States' Motion for Judgment and Decree of Forfeiture pursuant to Rule 54 of the Federal Rules of Civil Procedure and 21 U.S.C. § 881(a)(6). (Doc. 27.) After a thorough review of the record, the Court finds the following:

That on July 31, 2020, the United States filed a verified Complaint for Forfeiture *In Rem* in the present action seeking the forfeiture of Eighty-Three Thousand Thirty-Five and 00/100 Dollars ($83,035.00) in United States Currency ("the defendant") (Doc. 1);

That this action was brought to enforce the provisions of 21 U.S.C. § 881(a)(6), which provides for the forfeiture to the United States of:

> All moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter;

That process was duly issued herein and returned according to law (Doc. 4);

That notice of the civil forfeiture action against the defendant was given according to law (Docs. 5, 6);

That Craig Walker filed a claim and an answer asserting an interest in the defendant (Docs. 8, 20);

That on October 20, 2020, a Default Judgment was entered against potential claimant Antoinette Ford for failure to plead or otherwise defend as required by law (Doc. 12);

That the United States and Craig Walker entered into a Settlement Agreement in which the United States agreed to release a total of Fifteen Thousand and 00/100 Dollars ($15,000.00) in United States Currency to Craig Walker in full settlement of his claim; and Craig Walker agreed to the entry of a Judgment and Decree of Forfeiture, forfeiting all of his right, title, and interest in the remaining balance of the defendant, that is, a total of Sixty-Eight Thousand Thirty-Five and 00/100 Dollars ($68,035.00) in United States Currency (*see* Doc. 27-1);

That no other person or entity is known to the United States to have an interest in the defendant, and no other person or entity has come forward timely to file herein any claim or other pleading within the time fixed by law; and

That this Court has jurisdiction pursuant to 21 U.S.C. § 881(a)(6), 28 U.S.C. § 1345, and 28 U.S.C. § 1355.

NOW THEREFORE, based upon the above findings, and the Court being otherwise fully advised in the matter, it is hereby **ORDERED, ADJUDGED, AND DECREED:**

1. That all right, title, and interest in the following subject currency is hereby CONDEMNED and FORFEITED to the United States pursuant to 21 U.S.C. § 881(a)(6):

> **Sixty-Eight Thousand Thirty-Five and 00/100 Dollars ($68,035.00) in United States Currency.**

2. That in accordance with Rule 54 of the Federal Rules of Civil Procedure, judgment is hereby entered against Craig Walker and all other persons and entities who might have an interest in this subject currency;

3. That all right, title, and interest in and to this subject currency is vested in the United States, and no right, title, or interest shall exist in any other person or entity;

4. That the United States shall dispose of the subject currency in accordance with the law; and

5. That the United States shall release a total of Fifteen Thousand and 00/100 Dollars ($15,000.00) in United States Currency to Craig Walker in accordance with the Settlement Agreement (Doc. 27-1).

**IT IS SO ORDERED** this 15th day of October, 2021.

_____
HONORABLE SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE